**Order entered March 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00069-CR

### EX PARTE BENJAMIN BLAIR BROWN, Appellant

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F20-37096-X**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/ DAVID J. SCHENCK
JUSTICE